# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No.: 22-50073 (JAM)<br><br>(Jointly Administered) |
| LUC A. DESPINS, Chapter 11 Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>ACA CAPITAL GROUP LTD., ALFA GLOBAL VENTURES LIMITED, ALFONSO GLOBAL VENTURES LIMITED, ANTON DEVELOPMENT LIMITED, BRAVO LUCK LIMITED, CELESTIAL TIDE LIMITED, CHINA GOLDEN SPRING GROUP (HONG KONG) LTD., EASTERN PROFIT CORPORATION LIMITED, FREEDOM MEDIA VENTURES LIMITED, G CLUB INTERNATIONAL LIMITED, G CLUB OPERATIONS LLC, G FASHION (CA), G FASHION HOLD CO A LIMITED, G FASHION HOLD CO B LIMITED, G FASHION INTERNATIONAL LIMITED, GFASHION MEDIA GROUP INC., G MUSIC LLC, GF IP, LLC, GF ITALY, LLC, GFNY, INC., HAMILTON CAPITAL HOLDING LIMITED, HAMILTON INVESTMENT MANAGEMENT LIMITED, HAMILTON OPPORTUNITY FUND SPC, HAORAN HE, HIMALAYA CURRENCY CLEARING PTY LTD., HIMALAYA INTERNATIONAL CLEARING LIMITED, HIMALAYA INTERNATIONAL FINANCIAL GROUP LIMITED, HIMALAYA INTERNATIONAL PAYMENTS LIMITED, | Adv. Pro. No.: 24-05249 (JAM) |

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

| |
|---|
| HIMALAYA INTERNATIONAL RESERVES LIMITED, JOVIAL CENTURY INTERNATIONAL LIMITED, K LEGACY LTD., KARIN MAISTRELLO, LEADING SHINE LIMITED, MAJOR LEAD INTERNATIONAL LIMITED, MEI GUO, NEXT TYCOON INVESTMENTS LIMITED, QIANG GUO, RULE OF LAW FOUNDATION III, INC., RULE OF LAW SOCIETY IV, INC., SARACA MEDIA GROUP, INC., SEVEN MISSION GROUP LLC, WILLIAM JE, WISE CREATION INTERNATIONAL LIMITED,<br>              Defendant. |

**ENTRY OF DEFAULT**

On February 15, 2024, Luc A. Despins, in his capacity as the Chapter 11 Trustee ("Trustee") of the Chapter 11 case of Ho Wan Kwok initiated this adversary proceeding by filing a complaint (the "Complaint") against numerous defendants including ACA Capital Group Ltd., Alfa Global Ventures Limited, Alfonso Global Ventures Limited, Anton Development Limited, Bravo Luck Limited, Celestial Tide Limited, China Golden Spring Group (Hong Kong) Ltd., Eastern Profit Corporation Limited, Freedom Media Ventures Limited, G Club International Limited, G Club Operations LLC, G Fashion (CA), G Fashion Hold Co A Limited, G Fashion Hold Co B Limited, G Fashion International Limited, GFashion Media Group Inc., G Music LLC, GF IP, LLC, GF Italy, LLC, GFNY, Inc., Hamilton Capital Holding Limited, Hamilton Investment Management Limited, Hamilton Opportunity Fund SPC, Haoran He, Himalaya Currency Clearing Pty Ltd., Himalaya International Clearing Limited, Himalaya International Financial Group Limited, Himalaya International Payments Limited, Himalaya International Reserves Limited, Jovial Century International Limited, K Legacy Ltd., Karin Maistrello, Leading Shine Limited, Major Lead International Limited, Mei Guo, Next Tycoon Investments Limited, Qiang Guo, Rule of Law Foundation III, Inc., Rule of Law Society IV, Inc., Saraca Media Group, Inc., Seven Mission Group LLC, William Je, and Wise Creation International Limited. (ECF No. 1).

On February 29, 2024, a Summons issued (the "Summons," ECF No. 3). Upon proper service made in accordance with Fed. R. Civ. P. 4 and Fed. R. Bankr. P. 7004, the Summons provides that parties served with the Summons and Complaint within a judicial district of the United States have 60 days from service of the Summons to answer or respond to the Complaint and parties served with the Summons and Complaint in a foreign country have 60 days from service of the Summons to answer or respond to the Complaint.

Following issuance of the Summons, the Court entered an Order Staying Adversary Proceedings and Granting Other Relief Pending Disposition of Criminal Proceeding (the "Stay Order"). (ECF No. 14). Pursuant to the Stay Order, defendants who had been served with the Summons and Complaint had thirty (30) days from the conclusion of the Stay Period to answer or otherwise respond to the Complaint. (ECF No. 14, ¶ 4). On July 18, 2024, the Trustee filed a Notice of Resumption of Certain Stayed Adversary Proceedings upon Conclusion of Debtors Criminal Trial, thereby establishing August 19, 2024, as the deadline for defendants whose deadlines were stayed to answer or otherwise respond to the Complaint. (ECF No. 37).

On August 27, 2024, the Trustee filed a Request for Entry of Default as to certain of the defendants including: (a) Alfa Global Ventures Limited, (b) Alfonso Global Ventures Limited, (c) Anton Development Limited, (d) Bravo Luck Limited, (e) China Golden Spring Group (Hong Kong) Ltd., (f) Eastern Profit Corporation Limited, (g) Freedom Media Ventures Limited, (h) G Club International Limited, (i) G Club Operations LLC, (j) G Music LLC, (k) Haoran He, (l) Jovial Century International Limited, (m) Karin Maistrello, (n) Leading Shine Limited, (o) Next Tycoon Investments Limited, (p) Saraca Media Group, Inc., (q) Seven Mission Group LLC, and (r) Wise Creation International Limited, for failure to timely plead or otherwise defend the allegations in the Complaint. (ECF No. 54). Following the filing of the Trustee's Request for Entry of Default, defendants, G Club

International Limited and G Club Operations LLC, appeared and filed motions seeking extensions of time to plead. (*See*, ECF Nos. 64, 65). G Club International Limited and G Club Operations LLC represented in those motions that the Trustee consented to the requested extensions and no longer sought entry of default as to them. (ECF Nos. 64, 65).

The remaining sixteen (16) defendants are the subject of this Entry of Default, including: (1) Alfa Global Ventures Limited, (2) Alfonso Global Ventures Limited, (3) Anton Development Limited, (4) Bravo Luck Limited, (5) China Golden Spring Group (Hong Kong) Ltd., (6) Eastern Profit Corporation Limited, (7) Freedom Media Ventures Limited, (8) G Music LLC, (9) Haoran He, (10) Jovial Century International Limited, (11) Karin Maistrello, (12) Leading Shine Limited, (13) Next Tycoon Investments Limited, (14) Saraca Media Group, Inc., (15) Seven Mission Group LLC, and (16) Wise Creation International Limited (collectively, the "Default Defendants").

### 1) *Alfa Global Ventures Limited*

On May 14, 2024, the Plaintiff through its counsel in the British Virgin Islands, Harney Westwood & Riegels LP, served Alfa Global Ventures Limited via personal service by leaving copies of the Summons and Complaint with the current registered agent or office at Alfa Global Ventures Limited, FFP (BVI) Limited, 2nd Floor Water's Edge Building, P.O. Box 2429, Road Town, Tortola, VG 1110, British Virgin Islands. (ECF No. 39, p. 11; ECF No. 54, p. 9).

### 2) *Alfonso Global Ventures Limited*

On May 14, 2024, the Plaintiff through its counsel in the British Virgin Islands, Harney Westwood & Riegels LP, served Alfonso Global Ventures Limited via personal service by leaving copies of the Summons and Complaint with the current registered agent or office at Alfonso Global Ventures Limited, FFP (BVI) Limited, 2nd Floor Water's Edge Building, P.O. Box 2429, Wickhams Cay II, Road Town, Tortola, VG 1110, British Virgin Islands. (ECF No. 39, p. 11; ECF No. 54, p. 9).

3) *Anton Development Limited*

On June 18, 2024, the Plaintiff served Anton Development Limited with the Summons and Complaint via mail service by the United States Postal Service – Priority Mail Express International, on Anton Development Limited, c/o Fullmark (Corporate Services) Ltd., 181 Johnston Road, Tai Yau Building, 8th Floor, Rooms 805-806, Wanchai, Hong Kong. (ECF No. 43, p. 19; ECF No. 54, p. 10).

4) *Bravo Luck Limited*

On May 15, 2024, the Plaintiff through its counsel in the British Virgin Islands, Harney Westwood & Riegels LP, served Bravo Luck Limited via personal service by leaving copies of the Summons and Complaint with the current registered agent or office, Harneys Corporation Services Limited, Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands. (ECF No. 39, p. 11; ECF No. 54, p. 10).

5) *China Golden Spring Group (Hong Kong) Ltd.*

On May 13, 2024, the Plaintiff served China Golden Spring Group (Hong Kong) Ltd. with the Summons and Complaint via mail service by DHL Express, on China Golden Spring Group (Hong Kong) Ltd., at Majestic View Manor, 20-22 South Bay Road, Repulse Bay. (ECF No. 43, p. 15-16; ECF No. 54, p. 10).

6) *Eastern Profit Corporation Limited*

On May 13, 2024, the Plaintiff served Eastern Profit Corporation Limited with the Summons and Complaint via mail service by DHL Express, on Eastern Profit Corporation Limited, at Majestic View Manor, 20-22 South Bay Road, Repulse Bay. (ECF No. 43, p. 11-12; ECF No. 54, p. 10).

7) *Freedom Media Ventures Limited*

On May 14, 2024, the Plaintiff through its counsel in the British Virgin Islands, Harney Westwood & Riegels LP, served Freedom Media Ventures Limited via personal service by leaving copies of the

Summons and Complaint with the current registered office, Freedom Media Ventures Limited, c/o Intershore Consult (BVI) Ltd., Intershore Chambers, P.O. Box 4342, Road Town, Tortola, VG 1110, British Virgin Islands. (ECF No. 39, p. 13-14, 25; ECF No. 54, p. 10).

8) *G Music LLC*

On March 6, 2024, the Plaintiff served G Music LLC with the Summons and Complaint via first-class U.S. Mail, via UPS or Federal Express overnight delivery, and via email, at the following addresses:

G Music LLC
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808

G Music LLC
c/o Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Attn: Howard Steinberg

And via email at:
Re: G Music LLC
steinbergh@gtlaw.com
haynesn@gtlaw.com
(ECF No. 15, p. 3; ECF No. 54, p. 11-12).

9) *Haoran He*

On May 10, 2024, the Plaintiff served Haoran He with the Summons and Complaint via special mail delivery service by Royal Mail Group Limited, at the following addresses:

Haoran He
79 East Works Drive
Coften Hackett, Birmingham,
West Midland, B45 8 GR

Haoran He
2 Hampton Court Road, First Floor
Birmingham, England, B17 9AE
(ECF No. 42, p. 9; ECF No. 54, p. 12).

10) *Jovial Century International Limited*

On May 10, 2024, the Plaintiff through its counsel in the British Virgin Islands, Harney Westwood & Riegels LP, served Jovial Century International Limited, with the Summons and Complaint via personal service by leaving copies of the Summons and Complaint with the current registered agent or office, Jovial Century International Limited, c/o FH Corporate Services Ltd, Qwomar Building, P.O. Box 4649, Road Town, Tortola, British Virgin Islands. (ECF No. 39, p. 11-12; ECF No. 54, p. 12).

### 11) *Karin Maistrello*

On March 6, 2024, the Plaintiff served Karen Maistrello with the Summons and Complaint via first-class U.S. Mail, via UPS or Federal Express overnight delivery, at 17 Gifford Ave., Apt. 5F, Jersey City, NJ 07304-4938. (ECF No. 15, p. 4; ECF No. 54, p. 12).

### 12) *Leading Shine Limited*

On May 10, 2024, the Plaintiff through its counsel in the British Virgin Islands, Harney Westwood & Riegels LP, served Leading Shine Limited, with the Summons and Complaint via personal service by leaving copies of the Summons and Complaint with the current registered agent or office, Leading Shine Limited, c/o Vistra (BVI) Limited, Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, VG 1110, British Virgin Islands. (ECF No. 39, p. 12-13; ECF No. 54, p. 12).

### 13) *Next Tycoon Investments Limited*

On May 10, 2024, the Plaintiff through its counsel in the British Virgin Islands, Harney Westwood & Riegels LP, served Next Tycoon Investments Limited, with the Summons and Complaint via personal service by leaving copies of the Summons and Complaint with the current registered agent or office, Next Tycoon Investments Limited, c/o Vistra (BVI) Limited, Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, VG 1110, British Virgin Islands. (ECF No. 39, p. 13; ECF No. 54, p. 12).

### 14) *Saraca Media Group, Inc.*

On March 6, 2024, the Plaintiff served Saraca Media Group, Inc., with the Summons and Complaint via first-class U.S. Mail, via UPS or Federal Express overnight delivery, and via process server, at the following addresses:

Saraca Media Group, Inc.
162 E 64th St.
New York, NY 10065

Saraca Media Group, Inc.
c/o Delaware Secretary of State
Townsend Building
401 Federal Street
Dover, DE
Attn: Nicole Wilson, Process Agent
(ECF No. 15, p. 5; ECF No. 54, p. 13).

### 15) *Seven Mission Group LLC*

On March 6, 2024, the Plaintiff served Seven Mission Group, LLC, with the Summons and Complaint via first-class U.S. Mail, via UPS or Federal Express overnight delivery, at Seven Mission Group, LLC, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801. (ECF No. 15, p. 5; ECF No. 54, p. 13).

### 16) *Wise Creation International Limited*

On May 15, 2024, the Plaintiff through its counsel in the British Virgin Islands, Harney Westwood & Riegels LP, served Wise Creation International Limited by personal service on its registered agent at Wise Creation International Limited, c/o Harneys Corporation Services Limited, Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands. (ECF No. 39, p. 10, 20; ECF No. 54, p. 13).

Therefore, in light of the above-referenced service and the filing of the Notice of Resumption of Certain Stayed Adversary Proceedings upon Conclusion of Debtors Criminal Trial, the Default Defendants, had until August 19, 2024, to timely answer or otherwise respond to the Complaint. No timely answer or response was filed.

A review of the docket indicates the Default Defendants were served with the Summons and Complaint and have failed to timely plead or otherwise defend the allegations in the Complaint. Therefore, a default is entered against the Default Defendants, , including: (1) Alfa Global Ventures Limited, (2) Alfonso Global Ventures Limited, (3) Anton Development Limited, (4) Bravo Luck Limited, (5) China Golden Spring Group (Hong Kong) Ltd., (6) Eastern Profit Corporation Limited, (7) Freedom Media Ventures Limited, (8) G Music LLC, (9) Haoran He, (10) Jovial Century International Limited, (11) Karin Maistrello, (12) Leading Shine Limited, (13) Next Tycoon Investments Limited, (14) Saraca Media Group, Inc., (15) Seven Mission Group LLC, and (16) Wise Creation International Limited, in accordance with Fed. R. Civ. P. 55(a), as made applicable in this adversary proceeding through Fed. R. Bankr. P. 7055.

Dated: September 13, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov