UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br>Ho Wan Kwok, et al.,<br><br>*Debtors*.[1] | Chapter 11<br>Case No. 22-50073 (JAM)<br>(Jointly Administered) |
| Luc A. Despins, Chapter 11 Trustee,<br><br>*Plaintiff*,<br><br>—v.—<br><br>FFP (BVI) Limited, G Club Operations LLC, G Club International Limited, V.X. Cerda & Associates P.A., The Francis Firm PLLC, Berkeley Rowe Limited, ACASS Canada Limited, G4S Security Systems (Hong Kong) Limited, Frankfurt Kurnit Klein & Selz PC, Bourne In Time Inc, Walden Macht Haran & Williams LLP<br><br>*Defendant*. | Adv. Pro. Nos.<br>24-05056, 24-05249, 24-05134,<br>24-5168, 24-05186, 24-05226,<br>24-05204, 25-05057, 25-05045,<br>25-05059 (JAM)<br><br>RE: ECF No. 156 |

## ORDER GRANTING MOTION TO UNSEAL

This matter came before the Court pursuant to Defendants, FFP (BVI) Limited, G Club Operations LLC, G Club International Limited, V.X. Cerda & Associates P.A., The Francis Firm PLLC, Berkeley Rowe Limited, ACASS Canada Limited, G4S Security Systems (Hong Kong) Limited, Frankfurt Kurnit Klein & Selz PC, Bourne In Time Inc, and Walden Macht Haran & Williams LLP (collectively, "Defendants") motion to unseal dated July 28, 2025 (the "Motion"),

---

[1] The Debtors in the main Chapter 11 case are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok.

1

filed in each of the above-cited adversary proceedings (the "Adversary Proceedings"), seeking to unseal in their entirety the sealed versions of the Trustee's complaints and amended complaints and all schedules and exhibits thereto [Adv. Proc. No. 24-05186 ECF No. 80; Adv. Proc. No. 24-05056 ECF No. 59; Adv. Proc. No. 24-05249 ECF Nos. 108 and 109; Adv. Proc. No. 24-05134 ECF No. 2; Adv. Proc. No. 24-05226 ECF No. 23; Adv. Proc. No. 24-05204 ECF No. 2; Adv. Proc. No. 25-05057 ECF No. 2; Adv. Proc. No. 25-05045 ECF No. 2; and Adv. Proc. No. 25-05059 ECF No. 2] (collectively, the "Sealed Complaints") filed in the Adversary Proceedings and, as to Berkeley Rowe Limited ("Berkeley Rowe"), the Trustee's opposition to Berkeley Rowe's *Motion to Dismiss* [Adv. Proc. No. 24-05186 ECF Nos. 43, 47] (the "Sealed BR Opposition");[2]

On July 30, 2025, the Court issued an Order Scheduling Briefing on Motion to Unseal, in each of the respective Adversary Proceedings (collectively, the "Scheduling Orders");

On August 5, 2025, Defendants each filed a certificate of service representing that they had served the Motion to Unseal and the Scheduling Orders on the producing parties provided by the plaintiff, Mr. Luc A. Despins, in his capacity as Chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Mr. Ho Wan Kwok;

Pursuant to the Scheduling Orders, Defendants did not file any responses or objections by the producing parties and the Trustee filed a Response in which the Trustee stated that he does not take a position on the requested relief and defers to the producing parties, but that he reserves the right to respond if the Defendants file a proposed order prior to the Court's resolution of the Motion to Unseal;

And, pursuant to a further order entered by the Court in the Adversary Proceedings on October 2, 2025 (the "Further Orders"), the Defendants provided the Trustee with a proposed order

---

[2] Berkeley Rowe Limited also seeks to unseal in its entirety the objection to its motion to dismiss and all schedules and exhibits thereto.

with respect to the Motion to Unseal on October 7, 2025, counsel for the Defendants have conferred regarding the foregoing, and have agreed to submit this proposed order on consent;

NOW THEREFORE, after review of the Motion to Unseal, and because no responses or objections were filed by the producing parties, and upon review of the proposed order it is hereby ORDERED

1. The Motion to Unseal is GRANTED as set forth herein; and

2. The Clerk of the Court is directed to unseal the Sealed Complaints and the Sealed BR Opposition.

Dated at Bridgeport, Connecticut this 17th day of October, 2025.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut