LAZARE POTTER GIACOVAS & MOYLE LLP
Michael T. Conway, Esq.
747 Third Avenue, 16th Floor
New York, NY 10017
Telephone: (917) 242-1597
mconway@lpgmlaw.com

*Counsel for G Fashion (CA), G Fashion Hold Co A Limited, G Fashion Hold Co B Limited, G Fashion International Limited, GFashion Media Group, Inc., GF IP, LLC, GF Italy, LLC, GFNY, Inc., ACA Capital Group Ltd., Celestial Tide Limited, Hamilton Capital Holding Limited, Hamilton Investment Management Ltd., Hamilton Opportunity Fund SPC, Himalaya Currency Clearing Pty Ltd., Himalaya International Clearing Limited, Himalaya International Financial Group Limited, Himalaya International Payments Limited, Himalaya International Reserves Limited, Major Lead International Limited and William Je*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*, | Case No. 22-50073 (JAM) |
| Debtor. | (Jointly Administered) |

---

| | |
|---|---|
| LUC A. DESPINS, Chapter 11 Trustee, | Adv. Pro. No. 24-05249 (JAM) |
| Plaintiff, | |
| v. | |
| ACA CAPITAL GROUP LTD., et al., | |
| Defendants. | |

---

## ANSWER, AFFIRMATIVE DEFENSES, AND DEMAND
## FOR JURY TRIAL RE AMENDED COMPLAINT

Defendants G Fashion (CA), G Fashion Hold Co A Limited, G Fashion Hold Co B Limited,

G Fashion International Limited, GFashion Media Group, Inc., GF IP, LLC, GF Italy, LLC,

GFNY, Inc., ACA Capital Group Ltd., Celestial Tide Limited, Hamilton Capital Holding Limited,

Hamilton Investment Management Ltd., Hamilton Opportunity Fund SPC, Himalaya Currency Clearing Pty Ltd., Himalaya International Clearing Limited, Himalaya International Financial Group Limited, Himalaya International Payments Limited, Himalaya International Reserves Limited,  Major Lead International Limited and William Je ("Defendants") hereby submit their Answer, Affirmative Defenses, and Demand for Jury Trial as to the Amended Complaint (ECF No. 106) filed by Luc A. Despins, Chapter 11 Trustee (the "Plaintiff" or "Trustee"), in this matter. All allegations not specifically admitted are denied.

## **NATURE OF THE ACTION**

1.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

2.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

3.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

4.      Defendants admit that the Trustee "seeks alter ego and equitable ownership rulings" as to Defendants.  As to the balance of this paragraph, Defendants are without sufficient information upon which to formulate a response thereto and, therefore, leave Plaintiff to his proof and deny the same, to the extent said allegations relate to Defendants.

5.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

## **JURISDICTION AND VENUE**

6.      Denied.

7.      Admitted that this case is pending before the Bankruptcy Court in accordance with

the Standing Order on Referral.  Denied that the Bankruptcy Court has subject matter jurisdiction over this matter.  Denied that venue is proper in this Court as the Court lacks subject matter jurisdiction over this matter.

## **PARTIES**

8.      Admitted.

9.      Admitted.

10.      Admitted.

11.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

12.      Admitted.

13.      Admitted.

14.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

15.      Admitted.

16.      Admitted.

17.      Admitted.

18.      Admitted.

19.      Admitted.

20.      Admitted.

21.      Admitted.

22.      Admitted.

23.      Admitted.

24.      Admitted.

25.    Admitted.

26.    Admitted.

27.    Admitted.

28.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

29.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

30.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

31.    Admitted.

### **FACTS**

32.    Denied.

33.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

34.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

35.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

36.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

37.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

38.    This allegation is not directed to Defendants and, therefore, Defendants deny said

allegations and leave Plaintiff to his proof and deny the same.

39.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

40.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

41.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

42.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

43.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

44.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

45.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

46.     Admitted.

47.     Admitted.

48.     Admitted.

49.     Admitted.

50.     Admitted.

51.     Admitted.

52.     Admitted.

53.     Admitted.

54.      Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

55.      Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

56.      Deny that Defendants are alter egos of Mr. Kwok, shell companies, or otherwise. As to the balance of the allegations, Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

57.      Deny that Defendants are alter egos of Mr. Kwok, shell companies, or otherwise. As to the balance of the allegations, Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

58.       Deny that Defendants are alter egos of Mr. Kwok, shell companies, or otherwise. As to the balance of the allegations, Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

59.      Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

60.      Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

61.      Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

62.      Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

63.      Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

64.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

65.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

66.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

67.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

68.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

69.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

70.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

71.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

72.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

73.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

74.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

75.     Defendants are without sufficient information with which to formulate a response

to this allegation, as well as all subparagraphs, and therefore deny the same.

76.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

77.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

78.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

79.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

80.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

81.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

82.     Deny that William Je owned the Himalaya Entities through a series of shell companies. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

83.     Denied.

84.     Denied.

85.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

86.     Denied.

87.     Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

88.    Admit that the FBI seized the Himalaya Exchange website. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

89.    Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

90.    Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

91.    Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

92.    Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

93.    Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

94.    Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

95.    Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

96.    Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

97.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

98.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

99.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

100.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

101.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

102.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

103.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

104.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

105.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

106.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

107.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

108.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

109.      This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

110.      This allegation is not directed to Defendants and, therefore, Defendants deny said

allegations and leave Plaintiff to his proof and deny the same.

111.    Admitted.

112.    Defendants are without sufficient information with which to formulate a response to this allegation, as well as all subparagraphs, and therefore deny the same.

113.    Denied that the Debtor controlled ACA Capital. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

114.    Denied that the Debtor controlled ACA Capital. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

115.    Denied that the Debtor controlled ACA Capital. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

116.    Denied that the Debtor controlled ACA Capital. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

117.    Denied that the Debtor controlled ACA Capital. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

118.    Denied that the Debtor controlled ACA Capital. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

119.    Denied that the Debtor controlled ACA Capital. Defendants are without sufficient

information with which to formulate a response to the balance of these allegations, and therefore deny the same.

120.    Denied that the Debtor controlled ACA Capital. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

121.    Admit that the Trustee refers to these entities as the Hamilton Entities.

122.    Denied that the Debtor controlled the Hamilton Entities. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

123.    Admit Hamilton Capital entered into administration in the United Kingdom. Denied that the Debtor controlled the Hamilton Entities. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

124.    Denied that the Debtor controlled the Hamilton Entities. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

125.    Denied that the Debtor controlled the Hamilton Entities. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

126.    Denied that the Debtor controlled the Hamilton Entities. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

127.    Denied that the Debtor controlled the Hamilton Entities. Defendants are without

sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

128.     Denied that the Debtor controlled the Hamilton Entities. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

129.     Denied that the Debtor controlled the Hamilton Entities. Defendants are without sufficient information with which to formulate a response to the balance of these allegations, and therefore deny the same.

130.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

131.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

132.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

133.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

134.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

135.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

136.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

137.     This allegation is not directed to Defendants and, therefore, Defendants deny said

allegations and leave Plaintiff to his proof and deny the same.

138.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

139.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

140.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

141.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

142.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

143.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

144.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

**<u>FIRST CLAIM</u>**

145.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

146.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

147.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

148.    This allegation is not directed to Defendants and, therefore, Defendants deny said

allegations and leave Plaintiff to his proof and deny the same.

149.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

150.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

## SECOND CLAIM

151.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

152.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

153.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

154.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

155.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

## THIRD CLAIM

156.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

157.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

158.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

159.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

### FOURTH CLAIM

160.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

161.    Denied.

162.    Denied.

163.    Denied.

164.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

165.    Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

### FIFTH CLAIM

166.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

167.    Denied.

168.    Denied.

169.    Denied.

170.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

171.    Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

### SIXTH CLAIM

172.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

173.    Denied.

174.    Denied.

175.    Denied.

176.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

177.    Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## SEVENTH CLAIM

178.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

179.    Admitted.

180.    Denied.

181.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

182.    Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## EIGHTH CLAIM

183.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

184.    Denied.

185.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

186.    Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## NINTH CLAIM

187.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above

as if fully set forth herein.

188.     Admitted.

189.     Denied.

190.     Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

191.     Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## TENTH CLAIM

192.     Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

193.     Denied.

194.     Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

195.     Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## ELEVENTH CLAIM

196.     Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

197.     Admitted.

198.     Denied.

199.     Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

200.     Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## TWELFTH CLAIM

201.     Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above

as if fully set forth herein.

202.    Denied.

203.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

204.    Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## THIRTEENTH CLAIM

205.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

206.    Admitted.

207.    Denied.

208.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

209.    Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## FOURTEENTH CLAIM

210.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

211.    Denied.

212.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

213.    Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## FIFTEENTH CLAIM

214.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

215.    Admitted.

216.    Denied.

217.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

218.    Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## SIXTEENTH CLAIM

219.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

220.    Denied.

221.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

222.    Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## SEVENTEENTH CLAIM

223.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

224.    Denied.

225.    Denied.

226.    Denied.

227.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

228.    Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## EIGHTEENTH CLAIM

229.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above

as if fully set forth herein.

230.    Denied.

231.    Denied.

232.    Denied.

233.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

234.    Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## NINETEENTH CLAIM

235.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

236.    Denied.

237.    Denied.

238.    Denied.

239.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

240.    Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## TWENTIETH CLAIM

241.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

242.    Denied.

243.    Denied.

244.    Denied.

245.    Defendants are without sufficient information with which to formulate a response

to this allegation and therefore deny the same.

246.    Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## TWENTY-FIRST CLAIM

247.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

248.    Denied.

249.    Denied.

250.    Denied.

251.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

252.    Defendants deny this allegation and leave Plaintiff to his proof and deny the same.

## TWENTY-SECOND CLAIM

253.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

254.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

255.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

256.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

257.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

## **TWENTY-THIRD CLAIM**

258.     Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

259.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

260.     Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

261.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

## **TWENTY-FOURTH CLAIM**

262.     Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

263.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

264.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

265.     Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

266.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

## **TWENTY-FIFTH CLAIM**

267.     Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

268.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

269.     Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

270.     This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

## **TWENTY-SIXTH CLAIM**

271.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

272.    Denied.

273.    Denied.

274.    Denied.

275.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

276.    Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

## **TWENTY-SEVENTH CLAIM**

277.     Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

278.    Denied.

279.    Denied.

280.    Denied.

281.     Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

282.    Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

## **TWENTY-EIGHTH CLAIM**

283.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

284.    Denied.

285.    Denied.

286.    Denied.

287.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

288.    Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

## **TWENTY-NINTH CLAIM**

289.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

290.    Denied.

291.    Denied.

292.    Denied.

293.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

294.    Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

## **THIRTIETH CLAIM**

295.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

296.    This allegation is not directed to Defendants and, therefore, Defendants deny said

allegations and leave Plaintiff to his proof and deny the same.

297.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

298.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

299.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

300.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

## THIRTY-FIRST CLAIM

301.    Defendants repeat and reallege their answers to paragraphs 1-144 as set forth above as if fully set forth herein.

302.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

303.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

304.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

305.    Defendants are without sufficient information with which to formulate a response to this allegation and therefore deny the same.

306.    This allegation is not directed to Defendants and, therefore, Defendants deny said allegations and leave Plaintiff to his proof and deny the same.

**WHEREFORE,** the Court should dismiss the Amended Complaint with prejudice and award Defendants the costs of this action.

## AFFIRMATIVE AND OTHER DEFENSES

Defendants assert the following defenses without assuming any burden of production or proof that it would not otherwise have.

### FIRST DEFENSE

The Trustee's Adversary Complaint fails to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as incorporated by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

### SECOND DEFENSE

The Trustee's Complaint is barred by the applicable statute of limitations.

### THIRD DEFENSE

The claims against the Defendants are barred in that none of the payments alleged in the Complaint constitute a transfer of an interest in property of the Debtor, who never held any interest in the subject of such transfers.

### FOURTH DEFENSE

The claims against the Defendant are barred in accordance with 11 U.S.C. § 550 in that the Defendant is not a party from which the Trustee can seek relief.

### FIFTH DEFENSE

The Trustee's claims are barred because the Debtor suffered no damage, injury, or otherwise was harmed as a result of the transfers.

### SIXTH DEFENSE

The Trustee's claims are barred by the doctrines of waiver, release, and/or judicial estoppel.

## SEVENTH DEFENSE

The Trustee's claims are barred by ratification.

## EIGHTH DEFENSE

The Trustee's claims are barred by the doctrine of *in pari delicto*.

## NINTH DEFENSE

The Trustee's claims are barred by the doctrine of unclean hands.

## TENTH DEFENSE

The Trustee's claims are barred under the doctrine of laches.

## ELEVENTH DEFENSE

Plaintiff lacks standing to bring this adversary proceeding.

## TWELFTH DEFENSE

The Trustee's claims are barred by the doctrine of equitable estoppel as the bankruptcy estate received the benefit of any alleged transfer and an award for the value of the benefit already received would result in a windfall to the bankruptcy estate.

## THIRTEENTH DEFENSE

The Trustee's claims violate the notice and due process rights of Defendants as no bankruptcy case was or has been commenced against the alleged transferors.

## FOURTEENTH DEFENSE

The Bankruptcy Court lacks personal jurisdiction over the Defendants that do not reside in the United States.

## FIFTEENTH DEFENSE

The Bankruptcy Court lacks subject matter jurisdiction over this matter.

## **RESERVATION OF RIGHTS**

Defendants reserve the right to amend their answer to assert additional affirmative or other defenses.

## **JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38, Defendant hereby claims the right to trial by jury in this matter and demands the same.

Dated: November 28, 2025

LAZARE POTTER GIACOVAS & MOYLE LLP

By: /s/ Michael T. Conway
      Michael T. Conway
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, NY 10017
Telephone: (917) 242-1597
mconway@lpgmlaw.com

*Counsel for G Fashion (CA), G Fashion Hold Co A Limited, G Fashion Hold Co B Limited, G Fashion International Limited, GFashion Media Group, Inc., GF IP, LLC, GF Italy, LLC, GFNY, Inc., ACA Capital Group Ltd., Celestial Tide Limited, Hamilton Capital Holding Limited, Hamilton Investment Management Ltd., Hamilton Opportunity Fund SPC, Himalaya Currency Clearing Pty Ltd., Himalaya International Clearing Limited, Himalaya International Financial Group Limited, Himalaya International Payments Limited, Himalaya International Reserves Limited, Major Lead International Limited and William Je*

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

By:  /s/ *Michael T. Conway*
       Michael T. Conway